# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

**CR 11 0697**

RODERICK HAROLD BOLDS

**CRB**

DEFENDANT(S).

---

# INDICTMENT

18 U.S.C. § 1591(a)(1) and 3559(e) - Sex Trafficking of Children or by Force;
18 U.S.C. § 2423(a) and 3559(e) - Transportation of Minors with Intent to Engage in Criminal Sexual Activity;
18 U.S.C. § 1594(e)(1) and 2428 - Criminal Forfeiture

---

A true bill.

_____
Foreman

Filed in open court this _27th_ day of

_September_.

_____
Ada Means
Clerk

**NO BAIL WARRANT**

Bail, $ _____

Jacqueline Scott Corley
United States Magistrate Judge

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

1. 18 U.S.C. Section 1591(a) -- Sex Trafficking of Children
2. 18 U.S.C. Section 2423(a) -- Transportation of Minors with intent to Engage in Prostitution or Criminal Sexual Activity
3. 18 U.S.C. Section 922(g)(1) -- Felon in Possession of Ammunition
4. 18 U.S.C. Section 3559(e) -- Prior Sex Crime Enhancement

☐ Petty ☐ Minor ☐ Misde-meanor ☒ Felony

PENALTY: Please see attachment.

[redacted]

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED 2011 SEP 27 P 3:00

**DEFENDANT - U.S**

RODERICK HAROLD BOLDS

DISTRICT COURT NUMBER

CR 11 0697 CRB

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

FBI Special Agent Adrienne Sparrow

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. ATTORNEY ☐ DEFENSE } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under } MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: MELINDA HAAG

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): OWEN P. MARTIKAN

**DEFENDANT**

**IS *NOT* IN CUSTODY**

Has not been arrested, pending outcome this proceeding.

1) ☐ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction } ☐ Federal ☒ State

6) ☒ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution: Alameda County Jail

Has detainer been filed? ☐ Yes ☒ No } If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year: July 21, 2011

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year: N/A

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT

Bail Amount: no bail

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance

** Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time: Before Judge:

Comments:

ATTACHMENT TO PENALTY SHEET

DEFENDANT RODERICK HAROLD BOLDS

MAXIMUM PENALTIES:

1. 18 U.S.C. § 1591(a)(1) – Sex Trafficking of Children or by Force

    a. Prison: if by force: minimum 15 years to life; if of a child: minimum 10 years to life;

    b. Fine: $250,000

    c. Supervised Release: minimum 5 years to life

2. 18 U.S.C. § 2423(a) – Transportation of Minor with Intent to Engage in Prostitution

    a. Prison: minimum 10 years to life

    b. Fine: $250,000

    c. Supervised Release: minimum 5 years to life

3. 18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition

    a. Prison: maximum 10 years

    b. Fine: $250,000

    c. Supervised Release: maximum 3 years

4. 18 U.S.C. § 3559(e) – Enhancement for Prior Sex Crime

    a. Prison: mandatory life term

MELINDA HAAG (CSBN 132612)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CR 11 0697 |
|---|---|
| Plaintiff, | ) VIOLATIONS: 18 U.S.C. §§ 1591(a)(1) and 3559(e) – Sex Trafficking of Children or by Force; 18 U.S.C. § 2423(a) and 3559(e) – Transportation of Minors with Intent to Engage in Criminal Sexual Activity; 18 U.S.C. §§ 1594(e)(1) and 2428 – Criminal Forfeiture |
| v. | ) |
| RODERICK HAROLD BOLDS, | ) |
| Defendant. | ) SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE: (18 U.S.C. § 1591(a)(1) – Sex Trafficking of Children or by Force)

Beginning on or about July 3, 2011, and continuing until July 11, 2011, in the Northern District of California, the defendant,

RODERICK HAROLD BOLDS,

in and affecting interstate commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means, a person, to wit: a minor female victim identified as "S.G.," knowing and in reckless disregard of the fact that means of force, threats of force, fraud,

INDICTMENT

coercion, and any combination of such means, would be used to cause the person to engage in a commercial sex act, and knowing and in reckless disregard of the fact that the person had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1) and 3559(e).

COUNT TWO: (18 U.S.C. § 2423(a) – Transportation of Minors with Intent to Engage in Criminal Sexual Activity)

On or about July 3, 2011, in the Northern District of California, the defendant,

RODERICK HAROLD BOLDS,

did knowingly transport an individual who had not attained the age of 18 years, to wit: a minor female victim identified as "S.G.," in interstate commerce, with the intent that such individual engage in prostitution and any sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Sections 2423(a) and 3559(e).

FORFEITURE ALLEGATIONS: (18 U.S.C. §§ 1594(e)(1) and 2428 – Criminal Forfeiture)

Upon conviction of the offenses alleged herein, the defendant,

RODERICK HAROLD BOLDS,

shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 1594(e)(1) and 2428, all property used or intended to commit or facilitate the commission of the offense, and all property derived from proceeds traceable to the commission of the offense.

SPECIAL ALLEGATION: (18 U.S.C. § 3559(e) – Enhancement for Prior Sex Offense)

The defendant,

RODERICK HAROLD BOLDS

has a prior sex conviction for a State sex offense; to wit, on April 19, 2005, the defendant was convicted of violating California Penal Code Section 261.5(c), Unlawful Sexual Intercourse with a Minor, a crime that is punishable by more than one year in prison, that involved a minor who had not attained the age of 17 years, and that involved conduct that would have been a Federal

INDICTMENT 2

sex offense had it occurred in any commonwealth, territory, or possession of the United States, within the special maritime and territorial jurisdiction of the United States, in a Federal prison, on any land or building owned by, leased to, or otherwise used by or under the control of the Government of the United States, or in the Indian country, within the meaning of Title 18, United States Code, Section 3559(e)(1).

DATED:

Sept 27, 2011

A TRUE BILL.

_____
FOREPERSON

MELINDA HAAG
United States Attorney

_____
MIRANDA KANE  STRETCH FOR KANE
Chief, Criminal Division

(Approved as to form: _____ )
AUSA MAR~~T~~KAN

INDICTMENT                                3