IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>v.<br>RODERICK HAROLD BOLDS,<br>　　　　Defendant. | No. C 11-00697 CRB<br>**VERDICT FORM** |

As to Count One of the Indictment (Sex Trafficking of Minors or by Force, Fraud or Coercion, 18 U.S.C. § 1591), we the jury unanimously find the defendant

(1) _____

　　guilty/not guilty

　　through means of force, threats of force, fraud, coercion or any combination, to cause Sara G. to engage in a commercial sex act;

(2) __guilty__

　　(guilty)/not guilty

　　as to the knowledge that Sara G. had not attained the age of 18 years and that Sara G. would be caused to engage in a commercial sex act;

with all of you agreeing as to (1) or (2) or both.

As to Count Two of the indictment (Transportation of Minor for Purpose of Prostitution, 18 U.S.C. § 2423), we the jury unanimously find the defendant __guilty__

(guilty)/not guilty

Dated: December 12, 2013

_____
Foreperson